IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY EDEN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-5076 |
| | : | |
| DEREK OBERLANDER, *et al.* | : | |

# ORDER

**AND NOW**, this 7th day of December 2022, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 1), the Response to the Petition (ECF Doc. No. 13), Petitioner's Supplemental Memorandum (ECF Doc. No. 14), United States Magistrate Judge Scott W. Reid's November 9, 2022 Report and Recommendation (ECF Doc. No. 15), Petitioner's Objections (ECF Doc. No. 16), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** Judge Reid's November 9, 2022 Report and Recommendation (ECF Doc. No. 15);

2. We **OVERRULE** Petitioner's Objections (ECF Doc. No. 16);

3. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 1) with prejudice;

4. We **DENY** a certificate of appealability;[1] and,

5. The Clerk of Court shall **close** this case.

KEARNEY, J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).